UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHAQUALA T. CYRUS,<br><br>    Plaintiff,<br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>    Defendant. | Case No.  3:18-cv-01704-M<br><br>Honorable  Barbara M.G. Lynn |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff SHAQUALA T. CYRUS, and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against DIVERSIFIED CONSULTANTS, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: July 26, 2019                                                    Respectfully Submitted,

| **SHAQUALA T. CYRUS** | **DIVERSIFIED CONSULTANTS, INC.** |
|---|---|
| /s/ Nathan C. Volheim | /s/ Charles R. Penot, Jr. (*with consent*) |
| Nathan C. Volheim | Charles R. Penot, Jr. |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Sessions, Fishman, Nathan & Israel, LLC |
| 2500 S. Highland Avenue, Suite 200 | 900 Jackson Street, Suite 440 |
| Lombard, Illinois 60148 | Dallas, TX 75202 |
| Phone: (630) 575-8181 | Phone: (214) 741-3009 |
| Fax :(630) 575-8188 | cpenot@sessions.legal |
| nvolheim@sulaimanlaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____<br>
Nathan C. Volheim